Writ of Mandamus Dismissed, Opinion issued December 12, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01335-CV

## IN RE TIMOTHY SHELTON, Relator

**Original Proceeding from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F93-04758-S**

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Morris

Relator contends the trial court failed to act on his motion for DNA testing and appointment of counsel. The facts and issues are well known to the parties, so we need not recount them herein. The relief requested by relator has been granted. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding), *In re Gill*, No. 06-04-00090-CV, 2004 WL 1884498 at *1 (Tex. App.—Texarkana Aug. 24, 2004, orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus.

JOSEPH B. MORRIS
JUSTICE

121335F.P05